```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                      4/4/25

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY: ____MRV____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JANUARY 2025 GRAND JURY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-cr-00254-GW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1040: Fraud in Connection with Major Disaster or Emergency Benefits] |
| JOYCE TURNER, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 1040, 2]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Defendant JOYCE TURNER resided in the Southern District of Texas.  Defendant TURNER did not reside in California.

FEMA Benefits for Victims of January 2025 California Wildfires

2.   The Federal Emergency Management Agency ("FEMA") was an agency within the United States Department of Homeland Security.

3.   On or about January 8, 2025, the President of the United States approved a Major Disaster Declaration for California in response to multiple wildfires within Los Angeles County beginning on or about January 7, 2025 (the "California Wildfires").

4.    This declaration was a Presidential Disaster Declaration (FEMA-4856-DR), effective on or about January 8, 2025, made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act.

5.    Pursuant to this declaration, FEMA made available financial assistance and benefits to individuals and families affected by the California Wildfires ("victims").

6.    Victims who suffered losses as a result of the California Wildfires, including renters who lost personal property and/or the use of their rental residences, could qualify for FEMA benefits. Specifically, victims could seek relief for home repair, personal property damage, transportation, medical expenses, and housing assistance, among other benefits.

B.    THE FRAUDULENT APPLICATION

7.    On or about January 9, 2025, in the Central District of California and elsewhere, defendant TURNER knowingly made and willfully caused to be made a materially false, fictitious, and fraudulent statement and representation to FEMA in an application for benefits authorized, transported, transmitted, transferred, disbursed, and paid in connection with the Presidential Disaster Declaration for the State of California (FEMA-4856-DR), effective on or about January 8, 2025, and made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, which benefits concerned a record, voucher, payment, money, and thing of value of the United States or any department or agency thereof. Specifically, defendant TURNER knowingly and fraudulently applied for FEMA benefits pertaining to damage to a residence located in Los Angeles County, which she claimed was a rental property and her primary address, when

1  in fact she had no legitimate connection to that address, did not

2  reside in California, and did not qualify for benefits.

3                                    A TRUE BILL

4

5                                    /S/_____

6                                    Foreperson

7  BILAL A. ESSAYLI
   United States Attorney
8

9  *Lindsey Greer Dotson*

10 LINDSEY GREER DOTSON
   Assistant United States Attorney
11 Chief, Criminal Division

12 KRISTEN A. WILLIAMS
   Assistant United States Attorney
13 Chief, Major Frauds Section

14 SCOTT PAETTY
   Assistant United States Attorney
15 Deputy Chief, Major Frauds Section

16 KERRY L. QUINN
   Assistant United States Attorney
17 Major Frauds Section

18

19

20

21

22

23

24

25

26

27

28